**Opinion issued March 26, 2024**



In The

# Court of Appeals

For The

## First District of Texas

———————————

### NO. 01-23-00347-CV

———————————

### IN RE S.R.A. AND D.K.A., Relator

———————————

### Original Proceeding on Petition for Writ of Mandamus

———————————

### MEMORANDUM OPINION

Former foster parents for two children, S.R.A. and D.K.A., filed a petition for writ of mandamus, seeking an order for the immediate return of the children to their care from their current placement with real parties in interest, the current foster parents who seek to adopt the children.[1]

---

[1] The underlying case is *In the Interest of S.R.A and D.K.A.*, cause number 20-CP-0130, pending in the 306th District Court of Galveston County, Texas, the Honorable Anne B. Darring presiding.

The Court denies the petition. *See* TEX. R. APP. P. 52.8. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Countiss, and Rivas-Molloy.